UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

AUSTIN BURTON, KENNY DORCEAN,
EDWIN GONZALEZ, TYQUAN JACKSON,
MARVINGT JULIEN, RASHED MCNEIL and
DADY MICHEL,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MICHAEL TEMPERINO, POLICE OFFICER
WILSON CARO, AND POLICE OFFICER SAMANTHA
STURMAN,

                             Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-2902 (WFK) (VMS)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

ALEXANDER M. DUDELSON
*Attorney for Plaintiffs*
26 Court Street, Suite 2306
Brooklyn, New York 11242
718-855-5100

By: _____
Alexander M. Dudelson
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Michael Temperino and Wilson Caro*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:

s/WFK

_____
HON. WILLIAM F KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: _Feb. 5_, 2015